# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Mark W. Swimelar**

       Appellant

  vs.                       **CASE NUMBER: 3:22-cv-715 (DNH)**

**Daniel McGuire and Rita McGuire**

       Appellees

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED that 1. The June 24, 2022 MDO is AFFIRMED; and 2. Swimelars appeal is DISMISSED.

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated August 1, 2023.

DATED: August 2, 2023

*[signature]*
Clerk of Court

                                      s/Kathy Rogers
                                      Deputy Clerk